AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Facebook ID<br>100007962215437 that is stored at premises controlled<br>by Facebook | Case No.   MJ20-260 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   **Northern**   District of   **California**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   **June 1, 2020**   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **any U.S. magistrate judge of this district**   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **05/18/2020 3:00 pm**   _____
Judge's signature

City and state:   Seattle, Washington   Mary Alice Theiler, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-260 | Date and time warrant executed: 05/18/2020 6:12 PM | Copy of warrant and inventory left with: Facebook |
| Inventory made in the presence of : NA | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Served warrant on Facebook for documents in Attachment B.

Rec'd [signature]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/18/2020

_____
Executing officer's signature

FBI SA Shauna McCann
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Facebook account:

> "Kevin Gipson," with the Facebook ID number: 100007962215437, and URL: https://www.facebook.com/kevin.gipson.5439, believed to be used by KEVIN GIPSON (hereinafter, **Subject Account 5**)

that is stored at a premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California.

## ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, regardless of whether such information is located within or outside the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

    (a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

    (b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

    (c) All Photoprints;

    (d) All Neoprints, including profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

    (e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending Friend requests;

    (f)    All check-ins and other location information;

    (g)    All IP logs, including all records of the IP addresses that logged into the account;

    (h)    All records of the account's usage of the "like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has liked;

    (i)    All information about the Facebook pages that the account is or was a "fan" of;

    (j)    All past and present lists of friends created by the account;

    (k)    All records of Facebook searches performed by the account;

    (l)    All information about the user's access and use of Facebook Marketplace;

    (m)    The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

    (n)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

    (o)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**Facebook is hereby ordered to disclosure the above information to the government within 14 days of service of this warrant.**

## II.    Information to be seized by the government

All information described above in Section I that constitutes contraband, evidence, fruits, or instrumentalities of violations of Title 21, United States Code, Sections 841 (Distribution of Controlled Substances), 846 (Conspiracy), and 843(b) (Use of Communication Facility to Facilitate Controlled Substance Offense), in violation of 21

U.S.C. §§ 841(a)(1) and 846, for such violations occurring between January 1, 2016, and the present with respect to KEVIN GIPSON, Michael Walker, or other members of the Michael Walker Drug Trafficking Organization; as well as all information relevant to the location of KEVIN GIPSON, Michael Walker, or other members of the Michael Walker Drug Trafficking Organization, including:

    (a)    any and all Wall Posts, private messages, status updates, chat history, friend requests, postings, photographs, or any other information, records, or other material or information that relates to drug trafficking, or activity related to or in furtherance of drug trafficking;

    (b)    any and all IP logs, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred, as well as any other connection information;

    (c)    records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts;

    (d)    financial records and information, including but not limited to money transfers or wires;

    (e)    information identifying the names, location, or other contact information of people in contact with suspected drug traffickers; and

    (f)    any information, records, or other material relevant to the whereabouts of KEVIN GIPSON, Michael Walker, or other members of the Michael Walker Drug Trafficking Organization.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the

custody and control of attorneys for the government and their support staff for their independent review.